# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK H. ENSLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4605** |
| **NORTHLAKE HOMELESS COALITION, ET AL.** | **SECTION: "H"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 16th day of March, 2023.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE